UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RILEY,<br><br>      Plaintiff,<br><br>    v.<br><br>A. GUERRERO, et al.,<br><br>      Defendants. | No. 1:20-cv-01097-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 1 & 12) |

      Shannon Riley ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On October 9, 2020, the assigned magistrate judge entered findings and recommendations, recommending that "[t]his case be dismissed for failure to comply with court orders and for failure to comply with Federal Rules of Civil Procedure 8, 18, and 20, without prejudice to Plaintiff filing separate actions that comply with Federal Rules of Civil Procedure 8, 18, and 20;" that "[a]ll outstanding motions be denied as moot;" and that "[t]he Clerk of Court be directed to close this case." (Doc. No. 12 at 10.)

      Plaintiff was provided an opportunity to file objections to the findings and recommendations. On October 20, 2020, plaintiff filed a motion stating his desire to stand on

his complaint as filed.  (Doc. No. 14.)  On November 4, 2020, plaintiff filed his objections to the pending findings and recommendations.  (Doc. No. 15.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on October 9, 2020, are ADOPTED IN FULL;
2. This case is dismissed for failure to comply with court orders and for failure to comply with Federal Rules of Civil Procedure 8, 18, and 20, without prejudice to plaintiff filing separate actions that comply with Federal Rules of Civil Procedure 8, 18, and 20;
3. All outstanding motions (Doc. Nos. 5, 13, & 14) are denied as moot; and
4. The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:   **December 7, 2020**                                     /s/ Dale A. Drozd
                                                                                    UNITED STATES DISTRICT JUDGE